IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CYNTHIA SHORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 1:16-cv-00014-ODE |
| SAFE-GUARD PRODUCTS INTERNATIONAL, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Cynthia Shore hereby files her Notice of Dismissal with Prejudice of her Complaint, [Doc. 1], against Defendant Safe-Guard Products International, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

s/ *Alan H. Garber*
Alan H. Garber
Georgia Bar No. 283840
Marc N. Garber
Georgia Bar No. 283847
**THE GARBER LAW FIRM, P.C.**
Suite 14, 4994 Lower Roswell Road
Marietta, GA  30068
ahgarber@garberlaw.net
mngarber@garberlaw.net
(678) 560-6685 (phone)
(678) 560-5067        (fax)

*ATTORNEYS FOR PLAINTIFF*